DENNIS J. WALSH, Esq. (SBN 106646)
THOMAS L. DOROGI, Esq. (SBN 236338)
LAW OFFICES OF DENNIS J. WALSH, APC
16633 VENTURA BOULEVARD, SUITE 1210
ENCINO, CA 91436
TELEPHONE: (818) 986-1776
FACSIMILE : (818) 382-2071
EMAIL:     djwalsh@djwalshlaw.com

ATTORNEYS FOR DEFENDANTS
VACAVILLE UNIFIED SCHOOL
DISTRICT (a public entity) a
and LYNDA DONAHUE
(a public employee)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., a minor, by and through her parent, D.T., | Case Number: **06-CV-00197-FCD-JFM** |
| Plaintiff, | STIPULATION OF PLAINTIFF AND DEFENDANTS VACAVILLE UNIFIED SCHOOL DISTRICT AND LYNDA DONAHUE TO EXTEND TIME TO FILE DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER |
| vs. | |
| VACAVILLE UNIFIED SCHOOL DISTRICT, LYNDA DONAHUE in her official and individual capacity, and the CALIFORNIA DEPARTMENT OF EDUCATION, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED THAT:

1. This stipulation is entered into between plaintiff C.T., a minor, by and through her parent, D.T. and defendants VACAVILLE UNIFIED SCHOOL DISTRICT and LYNDA DONAHUE.

2. The parties hereby stipulate that the Answer of defendants VACAVILLE UNIFIED SCHOOL DISTRICT and LYNDA DONAHUE to the First Amended Complaint of plaintiff is due on August 21, 2006.

3. Good cause exists for this stipulation because defendants require additional time to examine the factual allegations in the First Amended Complaint in order to prepare an Answer.

DATED: August 3, 2006        LAW OFFICES OF DENNIS J. WALSH, APC

By: _____
DENNIS J. WALSH, ESQ.
THOMAS L. DOROGI, ESQ.
DEFENDANTS VACAVILLE UNIFIED SCHOOL DISTRICT (a public entity) and LYNDA DONAHUE (a public employee)

DATED: August ___, 2006        LEIGH LAW GROUP

By: _____
MANDY G. LEIGH, ESQ.
PLAINTIFF C.T., a minor, by and through her parent, D.T.,

## ORDER

IT IS HEREBY ORDERED THAT the Answer of defendants VACAVILLE UNIFIED SCHOOL DISTRICT and LYNDA DONAHUE is due on August 21, 2006 for good cause shown.

**IT IS SO ORDERED**.

DATED: August 7, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT COURT JUDGE