UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| C.T., | NO. CIV. S-06-0197 FCD JFM |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS |
| VACAVILLE UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

----oo0oo----

1. The hearing on Plaintiff's Motion to Amend the Complaint is continued to January 26, 2007 at 10:00 a.m. Defendants' shall file and serve an opposition brief or notice of non-opposition no later than January 12, 2007. The Plaintiff may file and serve a reply on or before January 19, 2007.

2. Defendants' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiff's motion in compliance with Local Rule 78-230(c).

///

3.  Defendants' counsel shall file his response to the order to show cause on or before January 12, 2007.

4.  A hearing on the order to show cause will follow the hearing on the Motion to Amend the Complaint.

IT IS SO ORDERED.

DATED: January 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE