DENNIS J. WALSH, ESQ. (SBN 106646)     [No Fee - Govt. Code § 6103]
THOMAS L. DOROGI, ESQ. (SBN 236338)
LAW OFFICES OF DENNIS J. WALSH, APC
16633 VENTURA BOULEVARD, SUITE 1210
ENCINO, CA 91436
TELEPHONE: (818) 986-1776
FACSIMILE : (818) 382-2071
EMAIL:    djwalsh@djwalshlaw.com
          tdorogi@djwalshlaw.com

ATTORNEYS FOR DEFENDANTS
VACAVILLE UNIFIED SCHOOL DISTRICT (a public entity) and LYNDA DONAHUE (a public employee)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., a minor, by and through her parent, D.T., <br><br> Plaintiff, <br><br> vs. <br><br> VACAVILLE UNIFIED SCHOOL DISTRICT, and LYNDA DONAHUE in her individual capacity, <br><br> Defendants. | Case Number: **06-CV-00197-FCD-JFM** <br><br> **APPLICATION OF PARTIES AND STIPULATION TO CONTINUE GENERAL DISCOVERY CUT-OFF BY THIRTY (30) DAYS; ORDER** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants VACAVILLE UNIFIED SCHOOL DISTRICT (a public entity), LYNDA DONAHUE, an employee of a public entity (collectively "defendants"), by and through their attorneys of record Dennis J. Walsh, Esq. and Thomas L. Dorogi, Esq., and plaintiff C.T., a minor, by and through her parent, D.T., and through her attorneys of record Mandy G. Leigh, Esq. and Jay T. Jambeck, Esq., hereby apply to continue the general discovery cut-off in this matter by thirty (30) days, and agree/stipulate to the following:

1

1  WHEREAS the complaint in this action was filed on January 27, 2006;

2  WHEREAS plaintiff filed a First Amended Complaint in this Action on May
3  8, 2006;

4  WHEREAS defendants moved to dismiss plaintiff's First Amended
5  Complaint on June 7, 2006;

6  WHEREAS this Court denied defendants' motion to dismiss via its July 27,
7  2006, Memorandum and Order, and retained jurisdiction over this action;

8  WHEREAS this Court issued a Scheduling Order on October 10, 2006, with a
9  general discovery cut-off date of **May 11, 2007**;

10  WHEREAS the parties agreed to place oral discovery on hold pending the
11  outcome of mediation so as to conserve litigation costs for the parties involved in
12  this action;

13  WHEREAS the parties attended a full day of mediation with Marc P. Bouret,
14  Esq., on February 1, 2007;

15  WHEREAS the parties were unable to resolve the instant dispute at the
16  February 1, 2007, mediation;

17  WHEREAS Mr. Dennis J. Walsh, Esq., is unavailable to defend defendant
18  Lynda Donahue's deposition until May 24, 2007, due to a heavy litigation and trial
19  calendar.  Mr. Walsh is serving as lead trial counsel in the following actions which
20  are expected to commence on the following dates:

21      a.    *Diaz v. South Orange County Community College District*; Orange
22          County Superior Court (Case Number: 05 CC 08427); Trial March 19,
23          2007 (one prior trial continuance);

24      b.    *Romano v. Oxnard Union High School District*; Ventura County
25          Superior Court (Case Number: CIV 238567); Trial: March 26, 2007
26          (two prior trial continuances); and

27      c.    *Mora v. Mathur*; United States District Court, Central District of
28          California (Case Number: CV 03-173 AHM (VBKx)); Trial: April 24,

1 | 2007, (two prior trial continuances).

2 | WHEREAS, among other litigation obligations, Mr. Walsh is involved in extensive trial preparations in all of the above-referenced actions including witness depositions until mid-May 2007 which presents an exceptional circumstance and a barrier to completing discovery by May 11, 2007, in this complex special education discrimination case;

WHEREAS the trial date in this action is set for January 29, 2008;

WHEREAS the parties are working diligently at completing written discovery and require an additional thirty (30) days to complete general oral discovery, including plaintiff's deposition and the deposition of witness Linda Geller currently scheduled for June 6-8, 2007;

WHEREAS this is a complex education law action involving factual matters spanning a period of approximately five (5) years, and it is critical that trial counsel for defendant take and defend the above-referenced depositions;

WHEREAS plaintiff and defendant expressly stipulate to a thirty (30) day general discovery extension to **June 10, 2007,** so as to complete oral discovery; and

WHEREAS no prior discovery extensions have been requested by the parties in this action.

DATED: February 12, 2007     LAW OFFICES OF DENNIS J. WALSH, APC


By: _____
DENNIS J. WALSH, ESQ.
THOMAS L. DOROGI, ESQ.
DEFENDANTS
VACAVILLE UNIFIED SCHOOL DISTRICT (a public entity) and LYNDA DONAHUE (a public employee)

DATED: February___, 2007     LEIGH LAW GROUP


By: _____
MANDY G. LEIGH, ESQ.
PLAINTIFF
C.T., a minor, by and through her parent, D.T.,

3

DATED: February___, 2007     SCHINNER LAW GROUP

By: _____
JAY T. JAMBECK, ESQ.
PLAINTIFF
C.T., a minor, by and through her parent, D.T.,

## ORDER

FOR GOOD CAUSE SHOWN, this Court grants the parties' application to extend the general discovery cut-off by thirty (30) days. As such, the general discovery cut-off in this action shall be **June 11, 2007.**

**IT IS SO ORDERED.**

DATED: February 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SERVICE LIST

Attorneys for Plaintiff:

Mandy G. Leigh, Esq. (SBN 225748)

Leigh Law Group

447 Battery Street, Suite 310

San Francisco, CA 94111

Phone - (415) 399-9155

Fax - (415) 399-9608


Jay T. Jambeck, Esq. (SBN 226018)

The Schinner Law Group

96 Jessie Street

San Francisco, CA 94105

Phone - (415) 369-9050

Fax - (415) 369-9053